# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**<br><br>Mel Thillens<br><br><br>Debtor(s) | Case No.: 24-08900<br>Chapter: 13<br>Plan filed on 06/17/2024<br>Confirmation Hearing: 8/15/24<br><br>Judge Donald R. Cassling |

### OBJECTION TO CONFIRMATION OF PLAN FILED ON 06/17/2024

**NOW COMES** ROCKET MORTGAGE, LLC FKA QUICKEN LOANS, LLC, and/or its assigns (hereinafter "Creditor"), by and through its attorneys, Codilis & Associates, P.C., and moves this Honorable Court for an Order denying confirmation of Debtor's plan filed on 06/17/2024 and in support thereof states as follows:

1.   Debtor filed a petition under Chapter 13 of Title 11, United States Bankruptcy Code on 6/17/2024 and this Court has jurisdiction pursuant to 28 U.S.C. §1334 and Internal Operating Procedure 15(a) of the United States District Court for the Northern District of Illinois;

2.   Creditor intends to file a claim secured only by a security interest in the real property commonly known as 901 Prairie Ave, Park Ridge, IL and the Chapter 13 plan herein proposes that Debtor will sell the property pursuant to 11 U.S.C. §363(b)&(f) before confirmation;

3.   The real property is the Debtor's principal residence.

4.   That the proposed plan provides that no post-petition mortgage payments will be made to Creditor pending sale of the property in contradiction of Creditor's rights under 11 U.S.C. §1322(b)(2) and §1322(b)(5);

5. That the proposed plan does not provide for Creditor's claim to be paid in full at the closing in contradiction of 11 U.S.C. §1322(b)(2), even though Creditor's claim is fully secured by a first mortgage;

6. That the proposed plan does not provided a time frame within which the closing of the sale of the property must occur, other than it will occur before the Debtor's case is confirmed;

7. Creditor has incurred attorney fees and/or costs in connection with this bankruptcy proceeding subject to court approval, including: $550.00 for Objection to confirmation of the Chapter 13 plan including plan review and attending confirmation, if not separately billed.

**WHEREFORE,** ROCKET MORTGAGE, LLC FKA QUICKEN LOANS, LLC prays this Court deny confirmation of the plan allowing the fees and costs described herein to be added to the indebtedness pursuant to the terms of the note and mortgage, and for such other and further relief as this Court may deem just and proper.

Dated this July 5, 2024.

Respectfully Submitted,
Codilis & Associates, P.C.

By: /s/ Michael Kelleher

Terri M. Long ARDC#6196966
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Berton J. Maley ARDC#6209399
Michael P. Kelleher ARDC#6198788
Kerrie S. Mattson-Neal ARDC#6270224
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
bkpleadingsNORTHERN@il.cslegal.com

NOTE: This law firm is a debt collector.